**Electronically Filed**
**Supreme Court**
**SCWC-10-0000160**
**06-JUL-2012**
**08:58 AM**

NO. SCWC-10-0000160

IN THE SUPREME COURT OF THE STATE OF HAWAI‘I

---

STATE OF HAWAI‘I, Respondent/Plaintiff-Appellee,

vs.

MELANIE MOLINA, Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. CAAP-10-0000160; FC-CR. NO. 10-1-1102)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Nacino, assigned by reason of vacancy)

Petitioner/Defendant-Appellant Melanie Molina's

application for writ of certiorari, filed on June 4, 2012, is

hereby rejected.

DATED:  Honolulu, Hawai‘i, July 6, 2012.

Phyllis J. Hironaka for
petitioner

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Edwin C. Nacino

